### Doke v. Davis.

Fish, J. There being some evidence to support the verdict, and the trial judge being satisfied therewith, this court will not control his discretion in refusing a new trial.
*Judgment affirmed. All concurring, except Lumpkin, P. J., absent.*

Argued October 18,—Decided November 19, 1898.

Protest to processioners' return. Before Judge Hart. Wilkinson superior court. April 6, 1898.

*J. W. Lindsey, J. T. Allen* and *Roberts & Pottle,* for plaintiff.
*W. Dessau* and *F. Chambers,* for defendant.

---

### Tucker v. Crossley.

Cobb, J. The charges complained of were not erroneous. While the evidence seems to preponderate in favor of the plaintiff, there was some evidence to support a finding in favor of the defendant; and the verdict having been approved by the trial judge, this court will not control his discretion in overruling the motion for a new trial.
*Judgment affirmed. All concurring, except Lumpkin, P. J., absent.*

Submitted October 18,—Decided November 19, 1898.

Complaint. Before Judge Hart. Jasper superior court. April 18, 1898.

*Fleming Jordan & Son,* for plaintiff.
*J. D. Kilpatrick,* for defendant.